**Shirley KRAMER, Petitioner-Appellee,**

v.

**Tom PRICE, Judge, County Criminal Court No. 5, and Carl Thomas, Sheriff, Dallas County, Texas, Respondents-Appellants.**

No. 82–1185.

United States Court of Appeals,
Fifth Circuit.

Sept. 21, 1983.

Douglas M. Becker, Asst. Atty. Gen., Austin, Tex., for respondents-appellants.

Paul J. Chitwood, Dallas, Tex., for petitioner-appellee.

Before CLARK, Chief Judge, BROWN, WISDOM, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WIL-

---

LIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.